IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KARIM MAGHAREH *and* BESTCARE LABORATORY SERVICES, LLC, | § § § | |
| *Plaintiffs*, | § | Civil Action No. 4:19-cv-00238 |
| | § | |
| v. | § § | |
| ALEX AZAR, in his official capacity as SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, | § § § § | |
| *Defendant*. | § § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff files this Certificate of Interested Parties reflecting all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that he believes are financially interested in the outcome of this litigation as indicated by the current state of the pleadings. Such parties are:

1. Karim Maghareh, Plaintiff;

2. BestCare Laboratory Services LLC, Plaintiff; and

3. The United States of America, Department of Health and Human Services.

Should other parties be added to this lawsuit who thereby become financially interested in the outcome of this litigation, Plaintiff will promptly file an amended certificate with the Clerk identifying such interested parties.

Further, Pursuant to Fed. R. Civ. P. 7.1, Plaintiff BestCare Laboratory Services, LLC,

hereby discloses the following corporate information:

1. It is a privately-held limited liability company organized and existing under the laws of the State of Texas; and

2. There is no corporate parent or publicly held corporation that owns 10% or more of its stock.

Dated: February 7, 2019

Respectfully Submitted,

**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**

*/s/ Kyle A. Poelker*
John Zavitsanos
Texas Bar No. 22251650
Southern District Bar No. 9122
jzavitsanos@azalaw.com
Weining Bai
Texas Bar No. 24101477
Southern District Bar No. 2996450
wbai@azalaw.com
Kyle Poelker
Texas Bar No. 24109339
Southern District Bar No. 3170929
kpoelker@azalaw.com
1221 McKinney, Ste. 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Telecopier: (713) 655-0062

*Counsel for Plaintiff*
*Karim A. Maghareh*

*/s/ Eric J.R. Nichols*
Eric J.R. Nichols
Texas Bar No. 14994500
Southern District Bar No. 13066
Butler Snow LLP
515 Congress Ave., Suite 1900
Austin, Texas 78701
Telephone: (737) 802-1800

Fax: (737) 802-1801
Eric.Nichols@butlersnow.com

Of Counsel

Jon D. Stephenson
Texas Bar No. 24041973
Southern District Bar No. 1090171
Jon Stephenson Law, P.C.
440 Louisiana Street, Suite 900
Houston, Texas 77002
Telephone: 832-930-0553
Fax: 713-869-9912
jon@jonstephensonlaw.com

*Counsel for Plaintiff*
*BestCare Laboratory Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February 2019, a true and correct copy of the foregoing was served via certified mail, return receipt requested, to the following:

U.S. Attorney's Office
Southern District of Texas
Attn: Civil Process Clerk
1000 Louisiana, Ste. 2300
Houston, TX 77002

Matthew Whitaker
Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Alex Azar
The U.S. Department of Health & Human Services
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, D.C. 20201


*/s/ Kyle A. Poelker*
Kyle Poelker