United States District Court
Southern District of Texas
**ENTERED**
May 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAREM MAGHAREH, ET AL., § | |
| § | |
| Plaintiffs. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:19–CV–00238 |
| § | |
| ALEX AZAR, in his official capacity as § | |
| SECRETARY, DEPARTMENT OF § | |
| HEALTH AND HUMAN SERVICES, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 8, 2020, United States Magistrate Judge Andrew M. Edison filed a Memorandum and Recommendation (Dkt. 45) recommending that that Plaintiffs' Motion for Summary Judgment (Dkt.37) be **GRANTED** and Defendant's Motion for Summary Judgment (Dkt. 38) be **DENIED**.

On April 22, 2020, Defendant filed his Objections. *See* Dkt. 49. On May 6, 2020, Plaintiffs filed their response to Defendant's Objections. *See* Dkt. 50. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

- Judge Edison's Memorandum and Recommendation (Dkt. 45) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

- Plaintiffs' Motion for Summary Judgment (Dkt. 37) is **GRANTED**;

- Defendant's Motion for Summary Judgment (Dkt. 38) is **DENIED**;

- The decision of ALJ Thomas is **REVERSED**; and

- The case is **REMANDED** to the Department of Health and Human Services for reconsideration in accordance with this opinion and applicable law.

It is so **ORDERED**.

SIGNED at Houston, Texas, this 8th day of May, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE